IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE FLOYD PRICE, SR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**J. SCRUGGS,** )<br>)<br>Defendant. ) | Civil No. **05-653 - DRH** |

## ORDER

**PROUD, Magistrate Judge:**

Before the court are plaintiff's Motion to Compel **(Doc. 17)** and Amended /Corrected Motion to Compel **(Doc. 20)**.

Defendant's response indicates that he mailed responses to plaintiff's written discovery requests on April 23, 2007. **See, Doc. 22**.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 17)** and Amended /Corrected Motion to Compel **(Doc. 20)** are **DENIED**.

**IT IS SO ORDERED.**

DATE: April 24, 2007.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**