IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE FLOYD PRICE, SR.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**J. SCRUGGS,** )<br>)<br>Defendant. ) | Civil No. **05-653 - CJP** |

## ORDER

Before the court is Plaintiff's Reply to Mearl Justus' Objection to Subpoena for Records, which the court construes as a motion to compel. **(Doc. 26)**.

Plaintiff served a subpoena on Mearl Justus, who is not a defendant herein, seeking the production of certain documents. Objections were filed to the subpoena; it is not clear whether the objections were made by Justus or by defendant Scruggs. The court has not been furnished with copies of either the subpoena or the objections.

According to plaintiff's description, the documents he seeks are records relating to the employment history of defendant Scruggs. The objections, as plaintiff relates them, are that the subpoena is unduly burdensome, and that it seeks documents that are irrelevant.

Plaintiff asks the court to modify his subpoena in certain respects and to deny the objections. The court cannot consider such action without having the exact language of the subpoena and the objections before it.

Upon consideration and for good cause shown, Plaintiff's Reply to Mearl Justus' Objection to Subpoena for Records, construed as a motion to compel **(Doc. 26)**, is **DENIED**.

**IT IS SO ORDERED.**

**DATE:  July 12, 2007.**

                                              **s/ Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **U.S. MAGISTRATE JUDGE**