IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **LEE FLOYD PRICE, SR.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. **05-653 – CJP** |
| | ) | |
| **J. SCRUGGS,** | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the court is Plaintiff's Request for Trial Subpoenas.  **(Doc. 35)**.

Plaintiff is correct in that he is responsible for serving subpoenas (accompanied by the applicable witness fees) on those witnesses who are not IDOC inmates.  The court will arrange for IDOC inmates to testify via video conference.

Plaintiff asks for 30 subpoena forms.  However, he has only listed 8 non-inmate witnesses on the final pretrial order.

Upon consideration and for good cause shown,  Plaintiff's Request for Trial Subpoenas **(Doc. 35)** is **GRANTED as follows**:

The Clerk of Court is directed to furnish plaintiff with 8 subpoena forms.

**IT IS SO ORDERED.**

**DATE:  October 1, 2007.**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**