IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE FLOYD PRICE, SR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **05-653 - CJP** |
| | ) |
| **J. SCRUGGS,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is non-party movants' Motion to Quash Subpoenas Directed to John Pea and Jack Dinges. **(Doc. 43)**.

Plaintiff has attempted to serve subpoenas on two non-party witnesses by mail rather than personal service. **See, Ex. A attached to Doc. 43.** This is not proper service pursuant to Fed.R.Civ.P. 45(b)(1), which provides that service of a subpoena "be made by delivering a copy thereof to" the person commanded to appear.

The Federal Rules do sometimes permit documents to be served by mail. However, where service by mail is permitted, the applicable rule explicitly so states. See, Rule 5(b). The rule on service of subpoenas does not permit service to be made by mail.

In addition, the mailed subpoenas were not accompanied by a tender of the witness fees and mileage, as required by Rule 45(b)(1).

Upon consideration and for good cause shown, non-party movants' Motion to Quash Subpoenas Directed to John Pea and Jack Dinges **(Doc. 43)** is **GRANTED**. Said subpoenas are ordered quashed.

**IT IS SO ORDERED.**

**DATE: November 16, 2007.**       s/ Clifford J. Proud
　　　　　　　　　　　　　　　　　　　　　　 **CLIFFORD J. PROUD**
　　　　　　　　　　　　　　　　　　　　　　 **UNITED STATES MAGISTRATE JUDGE**