IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE FLOYD PRICE, SR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **05-653 - CJP** |
| ) | |
| **J. SCRUGGS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the court is Defendant J. Scruggs' Motion in Limine. **(Doc. 46)**.

The court heard oral argument on the motion outside the presence of the jury and before opening statements. After consideration, the court finds that the motion is well-taken, and that all four matters referred to in the motion are irrelevant to the issues in this case. Further, the statements described in paragraphs numbers 2 and 4 are inadmissible hearsay.

Upon consideration and for good cause shown, Defendant J. Scruggs' Motion in Limine **(Doc. 46)** is **GRANTED in its entirety**.

IT IS SO ORDERED.

DATE:  November 27, 2007.


s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**