IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE FLOYD PRICE, SR.,** | ) |
| **Plaintiff,** | ) |
| -vs- | ) NO. 05-653-CJP |
| **JOHNNY SCRUGGS, J. DAVIS, MEARL JUSTUS,** | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **J. DAVIS** and **MEARL JUSTUS** were dismissed on July 12, 2006, by an Order entered by United States Chief District Judge David R. Herndon (Doc. 11).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **JOHNNY SCRUGGS, J. DAVIS** and **MEARL JUSTUS** and against plaintiff **LEE FLOYD PRICE, SR.**

Plaintiff shall take nothing from this action.

**DATED** this 28th day of November, 2007

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela Vehlewald**
       **Deputy Clerk**

**Approved by      S/ Clifford J. Proud**
           **United States Magistrate Judge**
               **Clifford J. Proud**